UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| LENA GERMAN, ) | CASE NO. 16 B 10008 |
| ) | |
| Debtor ) | |

### FINAL PRETRIAL ORDER ON MARIYA LUKASHENKO'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY (Docket No. 11)

On **May 11, 2016**, there was a status conference held in Chicago, Illinois.

### ADMISSIONS

All well pleaded facts admitted in the pleadings are admitted into evidence, unless objections are filed to relevance or prejudice at least 7 calendar days prior to trial.

### STIPULATIONS

To the extent reasonably possible, the parties will stipulate in writing to facts and documents, and their said stipulation is admitted into evidence. Copies of stipulated documents should be appended thereto.

### DISCOVERY

Creditor will appear for one hour of deposition at offices of debtor's counsel on **May 13th at 2:00 PM,** unless another time and place are agreed to.

### EXHIBITS AND DEPOSITIONS

At least 2 calendar days prior to the trial date, all parties are to exchange among themselves and also deliver to the Court in chambers copies of all exhibits they intend to introduce in evidence. **Each exhibit must be clearly numbered, tabbed, and contained in a binder.**

Each party shall clearly number each proposed exhibit and deposition transcript sought to be used in the order of its probable presentation at trial. Each document must be given a separate exhibit number. Prepare a list of those numbered exhibits with a very brief identification of each. Copies of those exhibit lists shall be exchanged among the parties and delivered to the Court in chambers with copies of the exhibits listed, and the original exhibit lists shall be filed with the Clerk with proof of service.

If there is any objection to any exhibit so listed and exchanged, each objection must be stated in writing and filed and served **1** calendar days before trial. If no written objection is made to the Court and copy of the objection served on the proponent within **7** calendar days before trial, such exhibits will be received in evidence without any further authentication or hearing as to relevance or any other issue. If objections are filed, only those express objections filed will be considered and all other possible objections are deemed waived.

If deposition transcripts are to be offered, portions offered by each party will be separately color-coded on the face thereof, and each portion objected to will be bracketed on the face thereof by an objector's color code, so that the Court may see the portions offered and objected to by each party merely by examining the transcript. If the whole transcript is to be offered without objection, then no markings will be made. However, in that event, the proponent will also tender an abstract of the deposition.

All original exhibits (or copies marked and used as originals) will be held by the party offering same, and leave is given to withdraw same after they are admitted into evidence. The copies thereof delivered to the Court will be held by the Court until the ruling is given, and then discarded. The Court's copies will not be returned to counsel or the clerk.

## WITNESSES

At least **2** calendar days prior to the trial date, the parties are to exchange and file with the Clerk of Court lists of the names and all witnesses they intend to present at trial, together with a brief summary of each separate area of testimony said each such witness will present. Copies of those lists will also be delivered to the Court in chambers. All reasonably anticipated objections to testimony and all motions to limit testimony of a witness identified by an opposing party shall be filed within **1** calendar days after receipt of the witness list required by this paragraph.

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

Copies of opinions relied on to be exchanged **1** day before trial with passages marked.

## TRIAL DATE

Trial is set for **May 16th & May 17th (if needed), 2016**, beginning at **1:30 PM**. Trial will be held in courtroom 682, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois. As requested, Movant is limited to **2** trial hours, Debtor to **2** trial hours. Each party to provide own interpreter of Russian language.

## SANCTIONS FOR NON-COMPLIANCE

Failure to comply with any portion of this Order will result in appropriate sanctions under Fed. R. Civ. P. 16 (Fed. R. Bankr. P. 7016) unless non-compliance is excused for good cause.

ENTER:

 

                                                                                                      Jack B. Schmetterer
                                                                                                      United States Bankruptcy Judge

Dated this _____11th_____ day of _____May_____ 20_16_.